# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RIVERA, CARLOS J. | § | Case No. 10-09624 MGW |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]        $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ _____ as interim compensation and now requests a sum of $ _____, for a total compensation of $ _____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____, and now requests reimbursement for expenses of $ _____, for total expenses of $ _____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/ANGELA WELCH ESPOSITO, TRUSTEE_____
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-09624 | MGW | Judge: MICHAEL G. WILLIAMSON | Trustee Name: | ANGELA WELCH ESPOSITO, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | RIVERA, CARLOS J. | | | Date Filed (f) or Converted (c): | 04/26/10 (f) |
| | | | | 341(a) Meeting Date: | 05/28/10 |
| For Period Ending: | 09/17/12 | | | Claims Bar Date: | 09/16/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE | 140,013.00 | 0.00 | DA | 0.00 | FA |
| 297 Peak Ave. Lakeland, FL 33810  KEEP | | | | | |
| 2. CASH | 0.00 | 0.00 | DA | 0.00 | FA |
| 3. FINANCIAL ACCOUNTS | 10.00 | 0.00 | DA | 0.00 | FA |
| BOA | | | | | |
| 4. HOUSEHOLD GOODS | 800.00 | 0.00 | DA | 0.00 | FA |
| 5. WEARING APPAREL | 55.00 | 0.00 | DA | 0.00 | FA |
| 6. FURS AND JEWELRY | 25.00 | 0.00 | DA | 0.00 | FA |
| 7. VEHICLES | 2,885.00 | 1,885.00 | | 1,885.00 | FA |
| 2002 Dodge Ram | | | | | |
| 8. CONTINGENT CLAIMS (u) | 0.00 | 2,450.00 | | 2,450.00 | FA |
| FDC action Lash  Citizens | | | | | |
| 9. CONTINGENT CLAIMS (u) | 0.00 | 2,900.00 | | 2,900.00 | FA |
| FDC Lash Discover | | | | | |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $143,788.00 | $7,235.00 | | $7,235.00 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-341 & concluded.  Issues:  veh over 1885, sent ltr, and FDC to atty Lash

September 22, 2010, 11:05 am App to hire Lash Track No:85D8QXD7XZ

11/08/10 print poc reg and review

10/10  review case and meet with Tom Lash

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                                                               Ver: 16.06f

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 10-09624   MGW   Judge: MICHAEL G. WILLIAMSON | Trustee Name: ANGELA WELCH ESPOSITO, TRUSTEE |
| Case Name: | RIVERA, CARLOS J. | Date Filed (f) or Converted (c): 04/26/10 (f) |
| | | 341(a) Meeting Date: 05/28/10 |
| | | Claims Bar Date: 09/16/10 |

11/05/10 Meet with Lash again

12/2010 Send D LTR

February 01, 2011, 09:36 am  discuss status with attorney lash

February 15, 2011, 03:00 pm Reviewed all claims- no obj

April 21, 2011, 01:46 pm Review case sending final demand ltr for PP overage and waiting on FDC .

May 26, 2011, 01:59 pm recd email from Grisela Rivera  D. Wanting clarification about balance owed.

May 26, 2011, 02:12 pm Sent email back to Grisela at email address listed.

June 01, 2011, 02:17 pm rec'd another email from Attny Jose Blanco

June 07, 2011, 03:07 pm  Discussed w/ Angela and emailed Attny- we can accept monthly payments of $188.50 starting immediately then when they receive their tax refund next year, they should forward to us and A will use refund to satisfy their overage due.

June 15, 2011, 01:28 pm Rec'd settlement agreement from attny, signed and emailed back today.

June 22, 2011, 10:47 am Rec'd signed copy by D of the agreement, payments to start on 6/30/11.

October 06, 2011, 03:21 pm Emailing Lash for Status Update

November 15, 2011, 02:25 pm -per David at Lash-FDC pending

December 08, 2011, 11:51 am end of the year case review, LTR for 2011 return & refund.

-3/26/12 D called for status, went through all payments, told short $347

April 09, 2012, 04:17 pm -letter to attoreny and debtor for the last money due of $347.00

-4/20/12 rev case, owes $157 on veh; checked w/ FDC atty, still pending, then can close  Discover and citizens

-6/12 rec'd last veh pymt just fdc yet

August 08, 2012, 02:12 pm Filed RNS

-9/12 ALL $ IN

September 17, 2012, 02:28 pm emailing david at Lash's office to make sure nothing pending

September 17, 2012, 03:13 pm Per David Friedman, closed on their end.

Initial Projected Date of Final Report (TFR): 12/30/11        Current Projected Date of Final Report (TFR): 12/31/12

FORM 2

Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-09624 -MGW | Trustee Name: | ANGELA WELCH ESPOSITO, TRUSTEE |
|---|---|---|---|
| Case Name: | RIVERA, CARLOS J. | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******0337  Checking Account |
| Taxpayer ID No: | *******8012 | | |
| For Period Ending: | 09/17/12 | Blanket Bond (per case limit): | $ 47,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/13/11 | 7 | Carlos Rivera | pymt | 1129-000 | 189.00 | | 189.00 |
| 08/18/11 | 7 | Rivera | pymt | 1129-000 | 189.50 | | 378.50 |
| 09/05/11 | 7 | Rivera | pymt | 1129-000 | 189.00 | | 567.50 |
| 10/18/11 | 7 | Rivera | pymt | 1129-000 | 100.00 | | 667.50 |
| 10/18/11 | 7 | Rivera | pymt | 1129-000 | 89.00 | | 756.50 |
| 11/09/11 | 7 | Carlos Rivera | pymt | 1129-000 | 189.50 | | 946.00 |
| 12/09/11 | 7 | Rivera | pymt | 1129-000 | 189.00 | | 1,135.00 |
| 01/11/12 | 7 | Rivera | pymt | 1129-000 | 189.00 | | 1,324.00 |
| 01/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2.46 | 1,321.54 |
| 01/31/12 | 7 | Rivera, Carlos | pymt | 1129-000 | 25.00 | | 1,346.54 |
| 02/27/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2.46 | 1,344.08 |
| 03/16/12 | 7 | Rivera | pymt | 1129-000 | 189.00 | | 1,533.08 |
| 03/26/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2.46 | 1,530.62 |
| 04/15/12 | 7 | Rivera | pymt | 1129-000 | 190.00 | | 1,720.62 |
| 04/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2.46 | 1,718.16 |
| 05/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2.46 | 1,715.70 |
| 06/12/12 | 7 | Rivera | pymt | 1129-000 | 157.00 | | 1,872.70 |
| 06/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2.46 | 1,870.24 |
| 07/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2.46 | 1,867.78 |
| 08/27/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2.46 | 1,865.32 |
| 09/11/12 | 8 | Lash & Wilcox | PI Sett | | | 2,450.00 | 4,315.32 |
| | | LASH & WILCOX | Memo Amount:       4,850.00 | 1242-000 | | | |
| | | | PI Sett | | | | |
| | | LASH ESQ., THOMAS | Memo Amount:    (    2,400.00 ) | 3210-000 | | | |
| 09/11/12 | 9 | Lash & Wilcox | PI Sett | | | 2,900.00 | 7,215.32 |
| | | LASH & WILCOX | Memo Amount:       5,800.00 | 1242-000 | | | |
| | | | PI Sett | | | | |
| | | LASH ESQ., THOMAS | Memo Amount:    (    2,900.00 ) | 3210-000 | | | |

Page Subtotals            7,235.00           19.68

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 16.06f

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| | |
|---|---|
| Case No: | 10-09624 -MGW |
| Case Name: | RIVERA, CARLOS J. |
| Taxpayer ID No: | *******8012 |
| For Period Ending: | 09/17/12 |

| | |
|---|---|
| Trustee Name: | ANGELA WELCH ESPOSITO, TRUSTEE |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******0337  Checking Account |
| Blanket Bond (per case limit): | $ 47,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 10,650.00 | COLUMN TOTALS | 7,235.00 | 19.68 | 7,215.32 |
| Memo Allocation Disbursements: | 5,300.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 7,235.00 | 19.68 | |
| Memo Allocation Net: | 5,350.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 7,235.00 | 19.68 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 10,650.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 5,300.00 | Checking Account - *******0337 | 7,235.00 | 19.68 | 7,215.32 |
| Total Memo Allocation Net: | 5,350.00 | | 7,235.00 | 19.68 | 7,215.32 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 17, 2012 |
|---|---|---|---|---|---|---|

Case Number:  10-09624
Debtor Name:  RIVERA, CARLOS J.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 025<br>16 | Clerk, United States Bankruptcy Court<br>United States Bankruptcy Court<br>801 N. Florida Ave.<br>Tampa, FL  33602-3899 | Administrative | | $250.00 | $0.00 | $250.00 |
| 025<br>16 | Clerk, United States Bankruptcy Court<br>United States Bankruptcy Court<br>801 N. Florida Ave.<br>Tampa, FL  33602-3899 | Administrative | | $250.00 | $0.00 | $250.00 |
| 025<br>16 | Clerk, United States Bankruptcy Court<br>United States Bankruptcy Court<br>801 N. Florida Ave.<br>Tampa, FL  33602-3899 | Administrative | | $250.00 | $0.00 | $250.00 |
| 000001<br>070<br>70 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $1,117.47 | $0.00 | $1,117.47 |
| 000002<br>070<br>70 | American Infosource Lp As Agent for<br>World Financial Network National Bank<br>As<br>New York & Co<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | Unsecured | | $1,572.98 | $0.00 | $1,572.98 |
| 000003<br>070<br>70 | American Infosource Lp As Agent for<br>World Financial Network National Bank<br>As<br>Victoria's Secret<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | Unsecured | | $1,388.84 | $0.00 | $1,388.84 |
| 000004<br>070<br>70 | TARGET NATIONAL BANK<br>C O Weinstein And Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121 | Unsecured | | $3,425.90 | $0.00 | $3,425.90 |
| 000005<br>070<br>70 | GE Money Bank<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $484.66 | $0.00 | $484.66 |
| 000006<br>070<br>70 | GE Money Bank<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $1,922.80 | $0.00 | $1,922.80 |
| 000007<br>070<br>70 | Capital Recovery IV LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120 | Unsecured | | $1,690.49 | $0.00 | $1,690.49 |

| | | | EXHIBIT C | | | |
|---|---|---|---|---|---|---|
| Page 2 | | | ANALYSIS OF CLAIMS REGISTER | | | Date: September 17, 2012 |

Case Number:   10-09624  
Debtor Name:   RIVERA, CARLOS J.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Miami FL 33131-1605 | | | | | |
| 000008 070 70 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $5,848.17 | $0.00 | $5,848.17 |
| 000009 072 72 | H. Lee Moffitt Cancer Center<br>12902 Magnolia Dr<br>Tampa, FL 33612 | Unsecured | | $306.16 | $0.00 | $306.16 |
| 000010 072 72 | Capital One<br>c/o Bass & Associates<br>3936 E. Ft. Lowell Rd Suite 200<br>Tuscon, AZ 85712 | Unsecured | | $1,192.12 | $0.00 | $1,192.12 |
| | Case Totals: | | | $19,699.59 | $0.00 | $19,699.59 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-09624 MGW
Case Name: RIVERA, CARLOS J.
Trustee Name: ANGELA WELCH ESPOSITO, TRUSTEE

    Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANGELA WELCH ESPOSITO, TRUSTEE | $ | $ | $ |
| Trustee Expenses: ANGELA WELCH ESPOSITO, TRUSTEE | $ | $ | $ |
| Charges: Clerk, United States Bankruptcy Court | $ | $ | $ |
| Other: Clerk, United States Bankruptcy Court | $ | $ | $ |
| Other: Clerk, United States Bankruptcy Court | $ | $ | $ |

  Total to be paid for chapter 7 administrative expenses    $_____
  Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ | $ | $ |
| 000002 | American Infosource Lp As Agent for<br>World Financial Network National Bank As<br>New York & Co<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | $ | $ | $ |
| 000003 | American Infosource Lp As Agent for<br>World Financial Network National Bank As<br>Victoria's Secret<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | TARGET NATIONAL BANK<br>C O Weinstein And Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121 | $ | $ | $ |
| 000005 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | $ | $ | $ |
| 000006 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | $ | $ | $ |
| 000007 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ | $ | $ |
| 000008 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ | $ | $ |

Total to be paid to timely general unsecured creditors         $_____

Remaining Balance                                              $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | H. Lee Moffitt Cancer Center<br>12902 Magnolia Dr<br>Tampa, FL 33612 | $ | $ | $ |
| 000010 | Capital One<br>c/o Bass & Associates<br>3936 E. Ft. Lowell Rd<br>Suite 200<br>Tuscon, AZ 85712 | $ | $ | $ |

Total to be paid to tardy general unsecured creditors         $_____

Remaining Balance         $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE